# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TARZ MITCHELL,

    Plaintiff,

vs.

BRIAN WILLIAMS, *et al.*,

    Defendants.

Case No. 2:13-cv-02339-APG-VCF

**ORDER**

    On August 18, 2015, this court entered an order granting the parties' stipulation to dismiss this 42 U.S.C. § 1983 action with prejudice. Accordingly,

    **IT IS THEREFORE ORDERED** that the following motions filed by plaintiff: application to proceed *in forma pauperis* (Dkt. #1); motion to grant application to proceed *in forma pauperis* (Dkt. #11); motion for acceptance of service (Dkt. #12); motion for scheduling order (Dkt. #13) are all **DENIED** as moot.

    **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

    Dated this 25th day of August, 2015.

                                                        UNITED STATES DISTRICT JUDGE